UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE DOE,

            Plaintiff,

Case No.   2:09-cv-13138-PDB-PJK
Hon. Paul D. Borman
Magistrate Paul J. Komives

v.

ERIK PETERSON and LEE PETERSON,
individually and d/b/a AMERICAN DIGICOM,

            Defendants.

_____/

SEIKALY & STEWART, P.C.
By: Jeffrey T. Stewart (P24138)
     Jason J. Thomas (P71186)
Attorneys for Plaintiff
24901 Northwestern Hwy Ste. 611
Southfield, MI  48075
(248) 353-6550
_____/

**ORDER GRANTING EX-PARTE MOTION FOR PROTECTIVE ORDER AND
TO SEAL AFFIDAVIT IDENTIFYING PLAINTIFF AND EXHIBITS 2a, 2b AND
3 TO PLAINTIFF'S VERIFIED COMPLAINT**

        At a session of the Court held in the City of
Detroit, State of Michigan, on:

        _____

        PRESENT: THE HONORABLE _____

     Plaintiff having filed a Verified Complaint alleging violations of 18 U.S.C.A. 2252; 2252A as well as claims for defamation and false light;

     And plaintiff having also filed an *ex-parte* motion to seal her affidavit, which reveals her true identity, in order to protect her privacy;

The Court having reviewed plaintiff's motion, the supporting brief, and the affidavit of the plaintiff;

NOW, THEREFORE, pursuant to ED Mich. LR 5.3(b), the Court finds:

1.      Plaintiff has filed a written motion identifying the specific interest to be protected by the sealing of her affidavit which reveals her true identity as well as the materials contained in Exhibits 2a, 2b and 3 to her verified complaint;

2.      Good cause exists for sealing plaintiff's affidavit and Exhibits 2a, 2b and 3 to her verified complaint; namely to protect her privacy and to protect her from further embarrassment, mortification and humiliation;

3.      There are no less restrictive means to adequately and effectively protect the specific interests asserted.

ACCORDINGLY, IT IS HEREBY ORDERED that plaintiff's motion for protective order and to seal her affidavit and Exhibits 2a, 2b and 3 to her verified complaint is GRANTED.  The Clerk of the Court is directed to place the affidavit and Exhibits in a sealed envelope bearing the notation "FILED UNDER SEAL PURSUANT TO A PROTECTIVE ORDER," or bearing similar language.

IT IS FURTHER ORDERED that all parties, their agents, attorneys and all witnesses to this litigation shall maintain and protect from disclosure the name of the plaintiff absent further order of this court.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  August 11, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 11, 2009.

                                                <u>s/Denise Goodine</u>
                                                Case Manager